1068

[Nos. 46754-2-II; 46810-7-II.   Division Two.   March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT WADE NAILLON, *Appellant*.

*In the Matter of the Personal Restraint of* ROBERT WADE NAILLON, *Petitioner*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00761-0, Marilyn K. Haan, J., entered October 2, 2014, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Lee, J., concurred in by Worswick and Melnick, JJ.

[No. 46787-9-II.   Division Two.   March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHAUA RYAN KIRBY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01605-2, Jack F. Nevin, J., entered September 26, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Lee, JJ.

[No. 46788-7-II.   Division Two.   March 8, 2016.]

RACHELLE K. BLACK, *Appellant*, v. CHARLES W. BLACK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-3-01744-9, James R. Orlando, J., entered September 19, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sutton, J., concurred in by Worswick and Maxa, JJ.